UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERI LYN LOONEY,                        **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

### General Allegations

At all times material to this Indictment:

1. SIREN Eaton Shelter ("SIREN") was a Michigan nonprofit organization located in Charlotte, Michigan that provided housing and other resources to homeless families and the survivors of domestic abuse.

2. SIREN applied for and obtained grants from the U.S. Department of Justice's Victims of Crime Act program, the U.S. Department of Housing and Urban Development, and other sources. At various times, SIREN used the money obtained from these grants to fund its operations.

3. From in or about June 2021 until in or about May 2023, the Defendant, TERI LYN LOONEY, was employed as the Executive Director of SIREN. As Executive Director, her duties included oversight of all organizational programming, supervision of agency staff, the implementation of policies developed in conjunction with the Board, and the oversight of SIREN's fiscal operations, including its budget and cash reserves.

4. As part of her duties, Defendant TERI LYN LOONEY was an authorized signer on

SIREN's bank account.

5. In any one-year period during 2021-2023, SIREN received benefits in excess of $10,000 under a federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of federal assistance. Specifically, for each of those years, SIREN received more than $10,000 in grants from the United States Departments of Justice and Housing and Urban Development.  The federal funds received by SIREN were property owned by, and under the care, custody, and control of, SIREN.

**(Theft From a Program Receiving Federal Funds)**

1. The General Allegations above are hereby incorporated in this Count.

2. From in or about 2021 through in or about May 2023, in the Southern Division of the Western District of Michigan,

**TERI LYN LOONEY**,

an agent of SIREN, knowingly and intentionally embezzled, stole, obtained by fraud, intentionally misapplied, and otherwise without authority knowingly converted to her own use and the use of others approximately $95,000 that was owned by, and under the care, custody, and control of, SIREN.

3. At all pertinent times, that is, in any one-year period during 2021-2023, SIREN received benefits in excess of $10,000 under a federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of federal assistance.

4. At all pertinent times, that is, in any one-year period during 2021-2023, the SIREN property that TERI LYN LOONEY embezzled, stole, obtained by fraud, intentionally misapplied, and otherwise without authority knowingly converted to her own use and the use of others was valued at $5,000 or more.

**18 U.S.C. § 666(a)(1)(A)**

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of the offense in violation of 18 U.S.C. § 666 set forth in this Indictment, the defendant,

**TERI LYN LOONEY**,

shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following:

1. MONEY JUDGMENT: A sum of money equal to at least $95,193.00 which represents the proceeds traceable to the offense charged in the Indictment.

18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
CLAY STIFFLER
Assistant United States Attorney